IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| D&R SERVICES, LLC and DD & KD, LLC, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:22-cv-1087-STA-jay |
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

Before the Court is Defendant Mesa Underwriters Specialty Insurance Company's Motion to Dismiss (ECF No. 28) filed on February 15, 2023. Defendant seeks the dismissal of Plaintiffs D&R Services, LLC and DD & KD, LLC's claims as a sanction for Plaintiffs' failure to comply with a discovery order entered by the United States Magistrate Judge and for failure to prosecute. Under the Local Rules of Court, Plaintiffs had 14 days to respond to the Motion to Dismiss. Local R. 7.2. Plaintiffs have not responded, and the time to do so has expired. Therefore, Plaintiffs are ordered to show cause as to why the Court should not grant the Motion to Dismiss. Plaintiffs' show cause response is due within 7 days of the entry of this order. Failure to respond within that time may result in the dismissal of Plaintiffs' case without further notice.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: March 13, 2023

1